# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FRITZ ANDERSON,<br><br>Defendant. | Case No. CR 07-15-BLG-SPW<br><br>*NUNC PRO TUNC*<br>**ORDER APPOINTING COUNSEL:**<br>**CJA PANEL ATTORNEY** |

Upon consideration of the completed CJA 23 Form submitted by the above-named Defendant, and having determined that the Defendant is financially unable to obtain counsel;

IT IS HEREBY ORDERED that the Attorney below, a member of the CJA Panel of this District, is appointed to represent the Defendant at every stage of the proceedings from the *nunc pro tunc* date of April 10, 2024, through disposition, including ancillary matters appropriate to the proceedings.

Name: Nancy G. Schwartz
       N. G. Schwartz Law, PLLC
Address: P.O. Box 36
         Huntley, MT 59037
Telephone: (406) 670-2915

IT IS FURTHER ORDERED that the Defendant shall pay the sum of _____ DOLLARS ($\_\_\_\_\_) per month to the Clerk of Court for defense costs in this matter, pursuant to 18 U.S.C. § 3006A(f). The first payment of $_____ shall

1

be made on or before _____, and each subsequent payment shall be made on or before _____ day of each month, during the pendency of this case. If, during the pendency of this matter, the Defendant's financial condition changes, the Defendant may petition the Court for a reduction in the defense costs in this matter.

Also pursuant to 18 U.S.C. § 3006, if investigation reveals that the Defendant owns or has control over assets not disclosed herein, the Defendant will be required to reimburse the United States for all or part of the defense costs expended in his behalf.

IT IS FURTHER ORDERED that the appointment shall be retroactive to April 10, 2024.

DATED this 11 day of April, 2024.

_____
TIMOTHY J. CAVAN
UNITED STATES MAGISTRATE JUDGE

2